ButIN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN DIVISION

**ANDREA BROADWAY**     **PLAINTIFF**

**VS.**     **4:17-CV-00158-BRW**

**P&G,** *et al.*     **DEFENDANTS**

## ORDER

Pending is Defendant's Motion to Dismiss (Doc. No. 4). Plaintiff has responded.[1] The Motion is GRANTED and this case is DISMISSED. The Motion to Proceed *In Forma Pauperis* (Doc. No. 7) is DENIED.

I note that this is the second frivolous case that Plaintiff has filed this year.[2] Both times, Plaintiff filed the case in state court. However, each time, Defendants removed the case and had to pay the $400 filing fee. If Plaintiff continues to file frivolous complaints, I may require her to pay the removal filing fee and, possibly, Defendants' attorneys' fees.

IT IS SO ORDERED this 30th day of March, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 8.

[2] See *Broadway v. Apple, et al.*, No. 4:17-CV-00023-BRW (E.D. Ark.) (In a nonsensical complaint, Plaintiff claimed she invented the iPhone and other Apple products and was entitled to royalties.).